IRISH FREE STATE et al., Plaintiffs, *v.* GUARANTY SAFE
DEPOSIT COMPANY et al., Defendants.

JOHN J. HEARN et al., Individually and in Behalf of
Others, Appellants.

FRIENDS OF IRISH FREEDOM, Respondent, *v.* PETER J.
BRADY et al., as Receivers, Appellants.

(Argued October 22, 1931; decided November 17, 1931.)

*John T. Ryan* and *Frank P. Walsh* for John J. Hearn et al., appellants.

*Philip A. Carroll* and *C. M. Thorne* for Peter J. Brady et al., as receivers, appellants.

*John J. Kirby* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.